IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PAUL B. ZACCARDI, et al.,<br><br>Defendants. | MEMORANDUM DECISION AND ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME<br><br><br><br>Case No. 2:11-CV-135 TS |

This matter is before the Court on the Notice of Appearance and Motion for Enlargement of Time to Answer Plaintiff's Summons and Complaint filed by Paul B. Zaccardi. In his Notice, Mr. Zaccardi enters his appearance on behalf of himself and attempts to enter an appearance for Defendant Saved By Grace Christian Fellowship, a corporation. Mr. Zaccardi seeks an extension of time to respond to the Complaint.

The Court will grant Mr. Zaccardi's request for an extension of time. However, "a corporation can appear in a court of record only by an attorney at law."[1] A corporation may not

---

[1] *Flora Const. Co. v. Fireman's Fund Ins. Co.*, 307 F.2d 413, 414 (10th Cir. 1962).

1

appear "through a non-attorney corporate officer appearing *pro se*."[2] Therefore, Mr. Zaccardi cannot represent Defendant Saved By Grace Christian Fellowship. That entity must be represented by an attorney who is admitted to practice in this Court.

It is therefore

ORDERED that Defendant's Motion for Extension of Time (Docket No. 13) is GRANTED. Defendants Zaccardi and Saved By Grace Christian Fellowship shall have fourteen (14) days from the date of this order to answer or otherwise respond to the Complaint. Defendant Saved By Grace Christian Fellowship must be represented by an attorney who is admitted to practice in this Court.

DATED   March 29, 2011.

BY THE COURT:

_____
TED STEWART
United States District Judge

---

[2] *Harrison v. Wahatoyas, L.L.C.*, 253 F.3d 552, 556 (10th Cir. 2001); *see also* DUCivR 83-1.3(c) ("No corporation, association, partnership or other artificial entity may appear pro se but must be represented by an attorney who is admitted to practice in this court.").